AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### Central District of Illinois

# JUDGMENT IN A CIVIL CASE

**JASON SPYRES,**
**Plaintiff,**

vs.  Case Number:  **06-3083**

**ROGER WALKER, ET AL,**
**Defendants**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that on April 8, 2008, judgment was entered as a matter of law in favor of defendants Roger Walker and Stanley Carradine and against the plaintiff Jason Spyres.

   **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of defendants Greg Firkus, Jan Saylor and Kathleen Nelson and against the plaintiff Jason Spyres.  The parties shall bear their own costs.

ENTER this 10th day of April 2008.


s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK


s/K. Wynn
BY:  DEPUTY CLERK